**DISMISS and Opinion Filed October 29, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00757-CV**

**LEE SMITH, Appellant**
**V.**
**ESTES EXPRESS LINES, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-08899**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (1).

/Robert D. Burns, III
ROBERT D. BURNS, III
CHIEF JUSTICE

240757F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LEE SMITH, Appellant

No. 05-24-00757-CV          V.

ESTES EXPRESS LINES, INC.,
Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-08899.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 29, 2024.